IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HARLAN JAMES SAM, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) NO. CIV-24-0161-HE |
| | ) |
| CARRIE BRIDGES, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Petitioner Harlan James Sam, a prisoner appearing *pro se*, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(b)(1)(B),(C), the matter was referred to Magistrate Judge Shon T. Erwin for initial proceedings. On March 19, 2024, Judge Erwin issued a Report and Recommendation recommending the court dismiss petitioner's petition for writ of habeas corpus without prejudice based upon petitioner's failure to comply with the court's orders. Petitioner was advised of his right to object to the Report and Recommendation by April 5, 2024. No objection has been filed. Petitioner has therefore waived his right to appellate review of the factual and legal issues addressed in the report. Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #5] and **DISMISSES** the § 2254 petition for writ of habeas corpus without prejudice.

**IT IS SO ORDERED**.

Dated this 17th day of April, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE